# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ALASKA

In re:

RALPH LESLIE FULLER,

Debtor.

Case No. A04-01228-DMD

Chapter 7

**Filed On 4/12/06**

## MEMORANDUM REGARDING MOTION TO AVOID LIEN

11 U.S.C. § 522(f) allows a debtor to avoid judicial liens under certain circumstances. A judicial lien means a "lien obtained by judgment, registration or other legal or equitable process or proceeding." 11 U.S.C. § 101(36). Here the lien described in the debtor's memorandum is not a judicial lien. Rather, it is a "marital lien" filed by the debtor's ex-wife in conjunction with a divorce action. 11 U.S.C. § 522(f) does not apply to non-judicial liens. The debtor's motion must be denied.

DATED: April 12, 2006.

BY THE COURT

/s/ Donald MacDonald IV
DONALD MacDONALD IV
United States Bankruptcy Judge

Serve:   J. Carney, Esq.
Anne D. Taffe
L. Compton, Trustee
U.S. Trustee
4/12/06